1  Michele R. Stafford, Esq. (SBN 172509)
   Erica J. Russell, Esq. (SBN 274494)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California  94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   Email: mstafford@sjlawcorp.com
5  Email: erussell@sjlawcorp.com

6  Attorneys for Plaintiffs, District Council 16 Northern
   California Health And Welfare Trust Fund, et al.

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 | DISTRICT COUNCIL 16 NORTHERN         | Case No. C15-4146 LB
   | CALIFORNIA HEALTH AND WELFARE        |
12 | TRUST FUND, et al.,                  | **NOTICE OF SETTLEMENT;**
13 |              Plaintiffs,             | [~~PROPOSED~~] **ORDER THEREON**
14 |      v.                              |
15 | SAFECO DOOR & HARDWARE, INC., *dba* AHC |
   | GLASS, a California corporation.     |
16 |                                      |
17 |              Defendant.              |

18    PLEASE TAKE NOTICE that Plaintiffs District Council 16 Northern California Health and

19 Welfare Trust Fund, et al., and Defendant SAFECO Door & Hardware, Inc. *dba* AHC Glass, a

20 California corporation ("Defendant"), have reached a settlement in this matter.

21    Pursuant to the terms of the settlement, Defendant has fully paid the amounts owed to Plaintiffs

22 to date, except for liquidated damages assessed on late-paid contributions through October 2015 hours

23 worked. Plaintiffs have conditionally approved Defendant's request for a waiver of said liquidated

24 damages, conditioned on timely submission of Defendant's January 2016 through December 2016

25 contribution reports and payments. Should Defendant fail to timely submit said contribution reports and

26 payments, payment of the above described liquidated damages shall be immediately due to Plaintiffs.

27 However, if Defendant's January 2016 through December 2016 contribution reports and payments are

28

1  timely submitted, upon receipt and bank clearance of Defendant's December 2016 payment (which must
2  be received by January 31, 2017, in order to be considered timely), liquidated damages assessed through
3  October 2015 hours worked shall be waived, and Plaintiffs will voluntarily dismiss this matter with
4  prejudice.

    Accordingly, it is respectfully requested that the Court vacate the calendar in this matter, but retain jurisdiction through February 2017, to allow time for Defendant to submit the above described payments, and for Plaintiffs to verify bank clearance of same.

    Respectfully submitted.

Dated: April 21, 2016

                    SALTZMAN & JOHNSON LAW CORPORATION

                    By: _____/S/_____
                        Michele R. Stafford
                        Attorneys for District Council 16 Northern
                        California Health And Welfare Trust Fund, et al.

    IT IS SO ORDERED.

    Based on the foregoing and GOOD CAUSE APPEARING, the calendar on this matter is vacated. The Court shall retain jurisdiction over this matter through February 2017.

    DATED: _____, 2016

                             UNITED STATES DISTRICT COURT JUDGE

```
The court orders that the case be dismissed without prejudice.  If any party certifies to
the court by March 1, 2017 (with proof of service on opposing counsel) that the agreed
consideration has not been delivered, then this order will stand vacated, and this case
will be restored to the calendar to be set for trial.  If no certification is filed, then
the dismissal will be with prejudice.
DATED: April 22, 2016
```

*IT IS SO ORDERED — Judge Laurel Beeler, United States District Court, Northern District of California*

# PROOF OF SERVICE

I, the undersigned, declare:

    1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

    2. I am over the age of eighteen and not a party to this action.

    3. On **April 21, 2016,** I served the following document(s):

**NOTICE OF SETTLEMENT; PROPOSED ORDER THEREON**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

    4. The envelope(s) were addressed and mailed as follows:

> Patricia Walsh, Esq.
> Attorney At Law
> Leonidou & Rosin Professional Corporation
> 777 Cuesta Drive, Ste. 200
> Mountain View, CA 94040
>
> *Attorneys for Defendant*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **April 21, 2016**, at San Francisco, California.

    /S/
    Elise Cotterill
    Paralegal